**Martha G. Bronitsky**
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

December 08, 2016

CALIFORNIA SERVICE BUREAU/TRUE NORTH AR
100 WOOD HOLLOW DR #200
NOVATO, CA 94945

# SECOND NOTICE

Chapter 13 Case No.: 13-42316-WJL13
Re: Jeffrey Laurance Quintero & Shelley Anne Quintero

We received a notification that the address for claim# 3 filed by CALIFORNIA SERVICE BUREAU/TRUE NORTH AR, is no longer valid or has changed. Loan may have been transferred to EOS-CCA.

We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order. Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

California Service Bureau/True North Ar, 100 Wood Hollow Dr #200, Novato, CA 94945
Jeffrey Laurance Quintero & Shelley Anne Quintero, 8463 Rhoda Avenue, Dublin, CA 94568
Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA 94612
True North Ar Llc, 3050 Fite Cir #107, Sacramento, CA 95827
EOS-CCA, PO BOX 329, NORWELL MA 02061
EOS-CCA, 700 LONGWATER DR , NORWELL MA 02061